```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JERRY SALMON, # 259728,          *
                                 *
    Petitioner,                  *
                                 *
vs.                              *   CIVIL ACTION NO. 22-00273-JB-B
                                 *
REOSHA BUTLER,                   *
                                 *
    Respondent.                  *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 11, 2022 (Doc. 2) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Southern Division of the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this the 3rd day of August, 2022.

/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE