IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JERRY SALMON,                  )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )      1:22cv463-MHT
                               )           (WO)
REOSHA BUTLER, et al.,         )
                               )
    Respondents.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 16) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 17th day of December, 2024.

                                                  /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**